
RECEIVED
IN MONROE, LA

JUL 1 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **ABDULLAH AL JABER** | **CIVIL ACTION NO. 06-0360** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ALBERTO GONZALES, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

For the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for

Writ of *Habeas Corpus* under 28 U.S.C. § 2241 [Doc. No. 1] is hereby **GRANTED,** and

Petitioner is to be released from detention under appropriate terms of supervision.

THUS DONE AND SIGNED this ____11____ day of ____July_____, 2006, in

Monroe, Louisiana.

_____

ROBERT G. JAMES

UNITED STATES DISTRICT JUDGE